FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 09 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEONA A. AILEP,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>    Defendant. | Civil No. CV-04-5072-AAM<br><br><br>ORDER |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

- The ALJ will hold a new hearing to further develop the record regarding Plaintiff's mental, foot, and ankle impairments;

- The ALJ will evaluate Plaintiff's obesity pursuant to SSR 02-1p;

- The ALJ will re-evaluate Plaintiff's severe impairments at step two of the sequential evaluation process;

- The ALJ will reassess Plaintiff's RFC; and

- The ALJ will continue with the sequential evaluation process after step 2, as appropriate.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this \_\_\_\_\_ day of \_\_\_\_\_May\_\_\_\_\_ 2005.

ALAN A. McDONALD
SENIOR UNITED STATES DISTRICT JUDGE